IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br><br>SUPERIOR TRUCKING, INC. and MIHAI MAMALIGA,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>NO. 20-2362 |

## ORDER

**AND NOW**, this 25th day of February 2021, upon consideration of BMO Harris's unopposed Motion for Default Judgment against Superior Trucking and Mihai Mamaliga, (ECF No. 11), and the Complaint, (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that:

1. Judgment is entered against Defendants and in favor of BMO Harris for damages in the amount of $288,644.38 plus $130.48 *per diem* beginning after November 13, 2020; and

2. Judgment is entered against Defendants and in favor of BMO Harris for attorneys' fees and costs in the amount of $13,318.24.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　 */s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.